No. 68367.—Mayar Silk Mills, Inc., and W. J. Byrnes & Co., Inc. *v.* United States, protest 198948–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk similar in all material respects to that the subject of Abstract 64266, the claim of the plaintiffs was sustained.